**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-10192 |
| Plaintiff - Appellee, | D.C. No. 3:14-cr-08086-DLR |
| v. | |
| SANKEY JIM REID, a.k.a. Sankey Reid, a.k.a. Sankey J. Reid, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Douglas L. Rayes, District Judge, Presiding

Submitted January 20, 2016[**]

Before:     CANBY, TASHIMA, and NGUYEN, Circuit Judges.

Sankey Jim Reid appeals from the district court's judgment and challenges

his guilty-plea conviction and 420-month sentence for second-degree murder, in

violation of 18 U.S.C. §§ 1111 and 1153. Pursuant to *Anders v. California*, 386

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

U.S. 738 (1967), Reid's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Reid has filed a pro se supplemental brief. No answering brief has been filed.

Reid waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

We decline to review Reid's ineffective assistance of counsel claims on direct appeal. *See United States v. Rahman*, 642 F.3d 1257, 1259-60 (9th Cir. 2011).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**